AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Manuel De Jesus Quintanilla-Blanco

United States Courts
Southern District of Texas
FILED
*July 26, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-22-1473-M

IAE YOB: 1986
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **July 25, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)
the defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Manuel De Jesus Quintanilla-Blanco was encountered by Border Patrol Agents near La Joya, Texas on July 25, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on July 25, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on November 3, 2010, through Tucson, Arizona. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

July 26, 2022    7:22 AM

/S/ Eric T. Pratt
Signature of Complainant

Eric T. Pratt    Border Patrol Agent

Nadia S. Medrano    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer